**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01648-CV

**MELENISA BROWN, Appellant**

**V.**

**FLAGSHIP CARWASH & LUBE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01633-D**

## ORDER

Both the clerk's and reporter's records in this case are overdue. By postcard dated December 31, 2013, we notified the Court Reporter that the reporter's record was overdue. We directed the Court Reporter to file the record within thirty days. To date, the reporter's record has not been filed. Also by postcard dated December 31, 2013, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the County Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification*

*he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **ORDER** David Roy, Official Court Reporter for County Court at Law No. 4, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

John Warren
Dallas County Clerk

David Roy
Official Court Reporter, County Court at Law No. 4


/s/     CAROLYN WRIGHT
CHIEF JUSTICE